# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

4:12-cv-01532-RBH

| | |
|---|---|
| Estella H. Welch,<br><br>    Plaintiff,<br><br>Vs.<br><br>Wal-Mart Stores, Inc.,<br><br>    Defendant. | **CONSENT ORDER PERMITTING AMENDMENT** |

  This matter is before the Court on motion of William P. Hatfield, Esquire, of The Hyman Law Firm, attorney for the Plaintiff, seeking an order pursuant to Rule 15 of the South Carolina Rules of Civil Procedure permitting the amendment of the Plaintiff's Complaint to properly identify the Defendant, Wal-Mart Stores, Inc., as Wal-Mart Stores East, L.P. in the within action.

  Since it appears that the amendment is proper and that the Defendant, Wal-Mart Stores East, L.P., through their attorney has consented thereto, it is hereby

  **ORDERED, ADJUDGED AND DECREED** that the Plaintiff's motion be granted and that she be allowed to amend her Complaint to properly identify the Defendant, Wal-Mart Stores, Inc., as Wal-Mart Stores East, L.P., provided that the Amended Complaint is filed and served within thirty (30) days from the date of this Order.

  **AND IT IS SO ORDERED.**

                s/R. Bryan Harwell
                R. BRYAN HARWELL
                UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA

Date: July 5, 2012
Florence, SC

I SO MOVE:


s/William P. Hatfield
WILLIAM P. HATFIELD,
Attorney for Plaintiff

I CONSENT:


s/Regina Lewis
REGINA LEWIS,
Attorney for Defendant